UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Civil Action No. 24-2108 (MAU) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's Minute Order of July 1, 2025.

1. Plaintiff filed this suit on July 19, 2024, pursuant to the Freedom of Information Act ("FOIA"), seeking to compel the production of records responsive to two April 30, 2024, FOIA requests. Plaintiff served the United States Attorney's Office on or about July 29, 2024. Defendant answered the Complaint on September 27, 2024.

2. As previously reported, Defendants determined, based on initial searches, that the requests at issue appear to be overbroad. Defendants have informed Plaintiff of the current status of the searches, and the parties are working together in good faith to narrow the search or otherwise address the scope of the requests.

3. As previously reported, Defendants proposed terms to narrow the scope of the request and reduce the anticipated volume of records to process, and on April 10, 2025, Plaintiff agreed to Defendants' proposal.

4.      As previously reported, Defendant U.S. Immigration and Customs Enforcement ("ICE") has completed running the revised searches and is currently processing the results. ICE made a final production of all responsive records—subject to appropriate withholdings—on June 26, 2025. Plaintiff is reviewing those records, and the parties intend to work together to resolve any outstanding issues.

5.      As previously reported, Defendant Department of Homeland Security ("DHS") made a production of records on May 8, 2025, to which Plaintiff raised certain concerns with respect to the exemptions invoked. DHS is evaluating Plaintiff's concerns and reviewing the previously made production in light of those concerns and will provide Plaintiff with an update as soon as possible.

6.      The parties intend to continue to work together to address Defendants' searches and a production schedule once Defendants are able to provide updates, as well as to address any issues raised by Plaintiff upon review of the records.

7.      The parties respectfully propose to file another joint status report in sixty days, on or before October 10, 2025, to provide this Court with an update on the status of the FOIA request and whether a briefing schedule will be necessary.

Dated: August 11, 2025

    Washington, DC               Respectfully submitted,

                                           */s/ David Jaroslav* (by permission)
                                           DAVID JAROSLAV, Bar # 90021286
                                           MATEO FORERO-NORENA
                                           Immigration Reform Law Institute
                                           25 Massachusetts Ave., NW, Suite 335
                                           Washington, D.C. 20001
                                           Tel: (908) 273-9207
                                           djaroslav@irli.org
                                           mforero@irli.org

                                           *Counsel for Plaintiff*

                                           *and*

                                           JEANINE FERRIS PIRRO
                                           United States Attorney

By:     */s/ Kartik N. Venguswamy*
                                           KARTIK N. VENGUSWAMY
                                           D.C. Bar No. #983326
                                           Assistant United States Attorney
                                           601 D Street, NW
                                           Washington, D.C. 20530
                                           Tel: (202) 252-1790
                                           kartik.venguswamy@usdoj.gov

                                           *Attorneys for the United States of America*