UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERATION FOR AMERICAN
IMMIGRATION REFORM,

        *Plaintiff*,

    v.                                                    Civil Action No. 24-2108 (MAU)

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

        *Defendants*.

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Catherine J. Malycke and remove the appearance of Assistant United States Attorney Kartik

Venguswamy as counsel for Defendants in the above-captioned case.

Dated: April 2, 2026                              Respectfully submitted,


                                                  By:   */s/ Catherine J. Malycke*
                                                       CATHERINE J. MALYCKE
                                                       Assistant United States Attorney
                                                       601 D Street, NW
                                                       Washington, DC 20530
                                                       Phone: (202) 809-3495
                                                       Email: catherine.malycke@usdoj.gov

                                                  *Attorney for the United States of America*