UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERATION FOR AMERICAN
IMMIGRATION REFORM,

*Plaintiff,*

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

*Defendants.*

Civil Action No. 24-2108 (MAU)

## JOINT STATUS REPORT

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's Minute Order of July 1, 2025, and the parties' last status report.

1.      Plaintiff filed this suit on July 19, 2024, pursuant to the Freedom of Information Act ("FOIA"), seeking to compel the production of records responsive to two April 30, 2024, FOIA requests.  Plaintiff served the United States Attorney's Office on or about July 29, 2024. Defendant answered the Complaint on September 27, 2024.

2.      As previously reported, Defendants determined, based on initial searches, that the requests at issue appear to be overbroad.  Defendants have informed Plaintiff of the current status of the searches, and the parties have worked together in good faith to narrow the search or otherwise address the scope of the requests. Defendants proposed terms to narrow the scope of the request and reduce the anticipated volume of records to process, and on April 10, 2025, Plaintiff agreed to Defendants' proposal.

3.      Regarding the FOIA Request submitted to Defendant U.S. Immigration and Customs Enforcement ("ICE"),  ICE made a final production of all responsive records—subject

1

to appropriate withholdings—on June 26, 2025.  Plaintiff is satisfied with ICE's production from June 26, 2025, and the parties will work together to file a stipulation of dismissal with respect to Defendant ICE.

4.      Regarding the FOIA Request submitted to Defendant Department of Homeland Security ("DHS"), Plaintiff has agreed to dismiss DHS from this action and not seek attorneys' fees and costs with respect to the production, in exchange for DHS lifting the Exemption (b)(5) redaction from DHS's records produced on May 8, 2025. Upon receipt of the revised production from DHS, Plaintiff will prepare and file a stipulation of dismissal as to DHS.  DHS plans to make this production when the lapse of appropriations has ended for DHS Headquarters.

5.      The parties respectfully propose to file another joint status report on June 8, 2026, to provide this Court with an update on the status of the FOIA request and whether a briefing schedule will be necessary.

[signature on following page]

Dated: April 6, 2026

       Washington, DC                             Respectfully submitted,

*/s/ David Jaroslav* (by permission)               JEANINE FERRIS PIRRO
DAVID JAROSLAV, Bar # 90021286        United States Attorney
MATEO FORERO-NORENA
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335    */s/ Catherine J. Malycke*
Washington, D.C. 20001                  CATHERINE J. MALYCKE
Tel: (908) 273-9207                      VA Bar No. 84952
djaroslav@irli.org                      Assistant United States Attorney
mforero@irli.org                      601 D Street, NW
                                Washington, D.C. 20530
*Counsel for Plaintiff*                Tel: (202) 809-3495
                                catherine.malycke@usdoj.gov

                                *Counsel for United States of America*